**Electronically Filed
Supreme Court
SCWC-16-0000446
21-APR-2017
08:24 AM**

SCWC-16-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF I.L.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000446; FC-S NO. 14-00102)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Mother-Appellant's Application for Writ of

Certiorari, filed on March 28, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

